379 A.2d 586

Commonwealth v. Ellison, Appellant.

598

Submitted March 21, 1977. Timothy A. Crawford, Jr., for appellant; Michael R. Stiles and Eric B. Henson, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).